■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES GLOVER, Appellant. — Judgment of the Supreme Court, Kings County, rendered January 16, 1979, affirmed (see *People v Crimmins,* 36 NY2d 230, 242; cf. *United States v Wells,* 506 F2d 924). Hopkins, J. P., Lazer, Cohalan and Weinstein, JJ., concur.